Circuit Court for Baltimore City
Case No. 24-C-15-002842 AG
Argued: September 1, 2016

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 19
September Term, 2015

_____

ATTORNEY GRIEVANCE COMMISSION

OF MARYLAND

v.

STEVEN LEE SHOCKETT

_____

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.

_____

PER CURIAM ORDER

_____

Filed: September 6, 2016

ATTORNEY GRIEVANCE                * **In the**
COMMISSION OF MARYLAND

                                  * **Court of Appeals**

        v.                        * **of Maryland**

                                  * **Misc. Docket AG No. 19**

STEVEN LEE SHOCKETT               * **September Term, 2015**


### PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 6th day September 2016,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Steven Lee Shockett be, and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Steven Lee Shockett from the register of attorneys, and pursuant to Maryland Rule 19-761, shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

ORDERED that Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 19-709, for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Steven Lee Shockett.

/s/ Mary Ellen Barbera
Chief Judge